IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | )    Case No. 20-23397 |
| MELVIN PIRCHESKY, | ) |
| | )    Docket No. ___ |
| Debtor. | ) |

EMPLOYEE INCOME RECORDS

 

/s/ *Kathryn L. Harrison*
Kathryn L. Harrison, Esquire
PA ID 209601
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA  15219
412-261-0310
kharrison@camlev.com

{C1140310.1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-23397 |
| MELVIN PIRCHESKY, | ) | |
| | ) | Docket No. ___ |
| Debtor. | ) | |

CERTIFICATION OF DEBTOR'S
INCOME PURSUANT TO LOCAL RULE 1007.4

I, Melvin Pirchesky, hereby certify that during the 90-day period preceding the bankruptcy filing, I have received earned income in the amount of $3,000.00 from Eagle Ventures, Inc. I also hereby certify that during the 90-day period preceding the bankruptcy filing, I received income from Social Security Benefits. During the 90-day period preceding the bankruptcy filing, I received Social Security payments totaling $6,144.00.

Dated: December 21, 2020          */s/ Melvin Pirchesky*
                                  Melvin Pirchesky, Debtor

{C1140310.1 }